

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Case No.:    _____

Chapter:    _____

Judge:    _____

**ORDER RESPECTING
AMENDMENT TO SCHEDULE D, E/F, F, G, H
OR LIST OF CREDITORS**

The relief set forth on the following page is **ORDERED**.

Date: _____

_____
Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule _____ or to the List of Creditors on _____, and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(s) being deleted or modified and to the trustee in the case, if any, not later than 14 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 14 days after the date of this Order, the following:

1.    A copy of the applicable *Notice of Chapter _____ Bankruptcy Case,* and

2.    In a Chapter 11 case:

   a) a copy of the last modified plan and disclosure statement, if any, and

   b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3.    In a Chapter 12 or Chapter 13 case:

   a) a copy of the *Notice of Hearing on Confirmation of Plan*, if any, and

   b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 14 days after the date of this Order, the debtor(s) shall file the Local Form, *Certification of Service*, certifying compliance with the above requirements.

*rev.11/17/16*