Form: ICB-12001-01 rev. 01

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-2(c)**

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977

**Order Filed on August 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

   Arbab H. Ullah
   Fatima A. Ullah

                       Debtor(s)

Case No.:       17-26807 (ABA)

Hearing Date:   08/22/2018

Judge:          Andrew B. Altenburg, Jr.


## ORDER CONFIRMING CHAPTER 13 PLAN


The relief set forth on the following pages, numbered two(2) through three(3) is hereby

**ORDERED**.


**DATED: August 23, 2018**

*[signature]*

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2 of 3
Debtor: Arbab H. Ullah and Fatima A. Ullah
Case No.: 17-26807 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The plan of the debtor having been proposed to the creditor, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provision of the Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED** that the plan of the above named debtor, dated 08/18/2017, or the last amended plan of the debtor be and it is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED** that the debtor shall pay the Standing Trustee, Isabel C. Balboa, the sum of $208.00 **for a period of 48 months** beginning immediately, which payment shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586, together with $2,000.00 paid to date.

**ORDERED** that the attorney for the debtor shall prepare and serve a Wage Order upon the debtor's employer for the Chapter 13 plan payments.

**ORDERED** that the debtor's attorney be and hereby is allowed a fee of $2,800.00. The unpaid balance of the allowed fee in the amount of $1,800.00 plus costs of $0.00 shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee.

Case 17-26807-ABA    Doc 43    Filed 08/26/18    Entered 08/27/18 00:41:55    Desc Imaged
Certificate of Notice    Page 3 of 4

Page 3 of 3
Debtor: Arbab H. Ullah and Fatima A. Ullah
Case No.: 17-26807 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have fourteen days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the debtor(s), debtor(s)' attorney and any other party filing a Notice of Appearance.

**ORDERED** that the debtor's Motion to Void Liens and Reclassify Claims from Secured to Unsecured be and hereby is granted. The following claims shall be reclassified as unsecured and liens voided upon completion of the debtor's plan:

    Bank of America 2nd mortgage avoid & reclassify

**ORDERED** that the debtor consents to pay secured claims as filed, with reservation of rights to challenge the claims.

**ORDERED** as follows:

    Total plan length of 60 months.

United States Bankruptcy Court
District of New Jersey

In re:
Arbab H. Ullah
Fatima A. Ullah
    Debtors

Case No. 17-26807-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Aug 24, 2018
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2018.
db/jdb      +Arbab H. Ullah,    Fatima A. Ullah,    11 Bedford Drive,    Egg Harbor Township, NJ 08234-7907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018                               Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2018 at the address(es) listed below:
         Brian S. Thomas     on behalf of Debtor Arbab H. Ullah brian@brianthomaslaw.com
         Brian S. Thomas     on behalf of Joint Debtor Fatima A. Ullah brian@brianthomaslaw.com
         Denise E. Carlon     on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Howard N. Sobel     on behalf of Creditor    Vision Properties, Dandelion Plaza, LLC hsobel@sobellaw.com
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
     TOTAL: 7