*Office of the Chapter 13 Standing Trustee*

**Isabel C. Balboa, Chapter 13 Standing Trustee** †

*Jane L. McDonald, Counsel*  
*Raymond H. Shockley, Jr. Staff Attorney*  
*Jennifer R. Gorchow, Staff Attorney*

*Kelleen E. Stanley\**  
*Jennie P. Archer\**  
*Jenai M. Cerquoni\**  
*Lu'Shell K. Alexander\**  
*\*Certified Bankruptcy Assistant*  
†*Fellow, American College of Bankruptcy*

November 5, 2018

The Honorable Andrew B. Altenburg, Jr.  
United States Bankruptcy Court  
P.O. Box 2067  
Camden, New Jersey 08102

RE:   Chapter 13 Bankruptcy  
      Debtor(s) Name:       Arbab H. Ullah and Fatima A. Ullah  
      Case No:              17-26807   ABA  
      Hearing Date:         N/A

Dear Judge Altenburg:

Please accept this letter as a response to Debtor(s)' Motion/Application filed on October 30, 2018 for the above-captioned matter. The certification of debtor's counsel supporting supplemental Chapter 13 fees reflect the following standard fees for services rendered: $100.00 for additional court appearances(s). (adjourn confirmation; hearing date: 6/13/2018); $300.00 for the Filing and appearance on a modified Chapter 13 Plan; $100.00 for Preparation of Wage Order; and $100.00 for Preparation of filing of Amendments to Schedules D, E, F or List of Creditors for a total fee amount of $600.00. However, paragraph #3 of the Certification, and the proposed form of Order list the fee amount of $560.00. The remaining fee balance of $40.00 was not disclosed as being paid outside of the plan.

In addition, the proposed form of Order fails to indicate a correct monthly Trustee payment going forward, and fails to indicate the correct amount of months remaining in the plan. Therefore, the Trustee respectfully requests that the proposed form of order be amended to reflect new payments of $222.00 per month for forty-six (46) months.

**Please note that Debtor(s)' counsel will be required to submit the amended Order to the Judge's Chambers with a copy to this office under the Seven (7) Day Rule.**

As always, the Court is welcome to contact the Trustee with any concerns.

Respectfully submitted,

*OFFICE OF THE CHAPTER 13*  
*STANDING TRUSTEE*

*/s/ Isabel C. Balboa*

**ISABEL C. BALBOA**  
Chapter 13 Standing Trustee

ICB:lka

c:   Brian S. Thomas, Esquire   (Debtor(s) Attorney)   (via Electronic Case Filing / ECF)  
     Arbab H. Ullah and Fatima A. Ullah   (Debtors')   (via First Class Mail)

Cherry Tree Corporate Center  
535 Route 38  
Suite 580  
Cherry Hill, NJ 08002  
(856) 663-5002

**Payments Only:**

**P.O. Box 1978**  
**Memphis, TN 38101-1978**