UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Brian S. Thomas, LLC
Attorney at Law
327 Central Avenue, Suite 103
Linwood, New Jersey  08221
Attorney for Debtor(s)
By:  Brian S. Thomas, Esquire BT7513

Order Filed on November 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ARBAB H. ULLAH
FATIMA A. ULLAH

Case No.: 17-26807

Chapter: 13

Hearing Date:

Judge: ABA

## AMENDED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through \_\_\_\_2\_\_\_\_ is hereby **ORDERED**.

**DATED: November 7, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Brian S. Thomas_____, the applicant, is allowed a fee of $ \_\_\_\_560.00\_\_\_\_ for services rendered and expenses in the amount of $\_\_\_\_0\_\_\_\_ for a total of $\_\_\_\_560.00\_\_\_\_ . The allowance shall be payable:

- ☑ through the Chapter 13 plan as an administrative priority.
- ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_222.00\_\_\_ per month for \_\_46\_\_ months to allow for payment of the aforesaid fee.