UNITED STATES BANKRUPTCY
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Brian S. Thomas, LLC
Attorney at Law
327 Central Avenue, Suite 103
Linwood, New Jersey 08221
Attorney for Debtor(s)
By: Brian S. Thomas, Esquire BT7513

**Order Filed on November 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
ARBAB H. ULLAH
FATIMA A. ULLAH

Case No.: 17-26807

Chapter: 13

Hearing Date:

Judge: ABA

## AMENDED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: November 7, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Brian S. Thomas_____, the applicant, is allowed a fee of $ _____560.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____560.00_____ . The allowance shall be payable:

☑    through the Chapter 13 plan as an administrative priority.

❏    outside the plan.

The debtor's monthly plan is modified to require a payment of $____222.00____ per month for ___46___ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Arbab H. Ullah  
Fatima A. Ullah  
    Debtors

Case No. 17-26807-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 07, 2018  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2018.  
db/jdb       +Arbab H. Ullah,    Fatima A. Ullah,    11 Bedford Drive,    Egg Harbor Township, NJ 08234-7907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2018                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2018 at the address(es) listed below:

         Brian S. Thomas     on behalf of Debtor Arbab H. Ullah brian@brianthomaslaw.com  
         Brian S. Thomas     on behalf of Joint Debtor Fatima A. Ullah brian@brianthomaslaw.com  
         Denise E. Carlon     on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Howard N. Sobel     on behalf of Creditor    Vision Properties, Dandelion Plaza, LLC hsobel@sobellaw.com  
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                   TOTAL: 7