

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Brian S. Thomas, LLC<br>Attorney at Law<br>327 Central Avenue, Suite 103<br>Linwood, New Jersey  08221<br>Attorney for Debtor(s)<br>By:  Brian S. Thomas, Esquire<br>Bar No. 1980<br><br>In Re:<br><br>**ARBAB H. AND<br>FATIMA A. ULLAH** | Order Filed on February 17, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  17-26807<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: ABA |

## CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (3) through 3 is hereby **ORDERED**

**DATED: February 17, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**
Debtor: Arbab H. and Fatima A. Ullah
Case No.: 17-26807/ABA
Caption of Order: Consent Order Granting Relief from the Automatic Stay

---

Whereas, the debtor Arbab H. Ullah, along with the co-debtor Fatima A. Ullah, filed a Chapter 13 on August 8, 2017; and

Whereas, Arbab H. Ullah was involved in an automobile accident on May 3, 2017; and

Whereas, Paul S. Higbee III, through his attorneys Andres & Berger P.C, instituted a personal injury action to the Superior Court of New Jersey, Atlantic County, captioned "Paul S. Higbee III v. Arbab Ullah, Aetna Realty and/or US Realty doing business as Harbor Square Mall, Egg Harbor Township, et. al." Docket number ATL-893-18; and

Whereas, the attorneys for Paul S. Higbee III filed a motion for Relief from the Automatic Stay on September 22, 2020; and

Whereas, Arbab H. Ullah has a policy of automobile insurance that was in effect on the date of the alleged injury; and

Whereas, the debtor, Arbab H. Ullah and the moving party agree that relief from the automatic stay should be granted to permit the state court litigation to proceed insofar as insurance coverage is available, and good cause appearing therefore;

It is hereby **ORDERED** that:

1. Relief from the Stay is hereby granted to permit the moving party to proceed with the State Court litigation known as "Paul S. Higbee III v. Arbab Ullah, Aetna Realty and/or US Realty doing business as Harbor Square Mall, Egg Harbor Township, et. al." Superior Court of New Jersey, Atlantic County, Docket number ATL-893-18

2. Further, said Relief from the Automatic Stay is specifically limited to the amount of automobile insurance coverage available to Arbab H. Ullah on the date of the accident, May 3, 2017.

**We hereby consent to the form and entry of the above Order.**

/s/ Brian S. Thomas
**Brian S. Thomas Esquire, Attorney for Debtors**


/s/ Tommy Ann Gibney
**Tommy Ann Gibney, Esquire**
**Attorney for Moving Party, Paul S. Higbee III**