| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Brian S. Thomas, LLC<br>Attorney at Law<br>327 Central Avenue, Suite 103<br>Linwood, New Jersey  08221<br>Attorney for Debtor(s)<br>By:  Brian S. Thomas, Esquire<br>Bar No. 1980 | **Order Filed on February 17, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>**ARBAB H. AND<br>FATIMA A. ULLAH** | Case No.:  17-26807<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: ABA |

## CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (3) through 3 is hereby **ORDERED**

**DATED: February 17, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Arbab H. and Fatima A. Ullah
Case No.:  17-26807/ABA
Caption of Order:  Consent Order Granting Relief from the Automatic Stay

---

Whereas, the debtor Arbab H. Ullah, along with the co-debtor Fatima A. Ullah, filed a Chapter 13 on August 8, 2017; and

Whereas, Arbab H. Ullah was involved in an automobile accident on May 3, 2017; and

Whereas, Paul S. Higbee III, through his attorneys Andres & Berger P.C, instituted a personal injury action to the Superior Court of New Jersey, Atlantic County, captioned "Paul S. Higbee III v. Arbab Ullah, Aetna Realty and/or US Realty doing business as Harbor Square Mall, Egg Harbor Township, et. al." Docket number ATL-893-18; and

Whereas, the attorneys for Paul S. Higbee III filed a motion for Relief from the Automatic Stay on September 22, 2020; and

Whereas, Arbab H. Ullah has a policy of automobile insurance that was in effect on the date of the alleged injury; and

Whereas, the debtor, Arbab H. Ullah and the moving party agree that relief from the automatic stay should be granted to permit the state court litigation to proceed insofar as insurance coverage is available, and good cause appearing therefore;

It is hereby **ORDERED** that:

1. Relief from the Stay is hereby granted to permit the moving party to proceed with the State Court litigation known as "Paul S. Higbee III v. Arbab Ullah, Aetna Realty and/or US Realty doing business as Harbor Square Mall, Egg Harbor Township, et. al." Superior Court of New Jersey, Atlantic County, Docket number ATL-893-18

2. Further, said Relief from the Automatic Stay is specifically limited to the amount of automobile insurance coverage available to Arbab H. Ullah on the date of the accident, May 3, 2017.

**We hereby consent to the form and entry of the above Order.**

/s/ Brian S. Thomas
**Brian S. Thomas Esquire, Attorney for Debtors**

/s/ Tommy Ann Gibney
**Tommy Ann Gibney, Esquire**
**Attorney for Moving Party, Paul S. Higbee III**

United States Bankruptcy Court

District of New Jersey

In re:  
Arbab H. Ullah  
Fatima A. Ullah  
    Debtors

Case No. 17-26807-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2  
Date Rcvd: Feb 17, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Arbab H. Ullah, Fatima A. Ullah, 11 Bedford Drive, Egg Harbor Township, NJ 08234-7907 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:

**Name**      **Email Address**

Brian S. Thomas  
    on behalf of Debtor Arbab H. Ullah brian@brianthomaslaw.com

Brian S. Thomas  
    on behalf of Joint Debtor Fatima A. Ullah brian@brianthomaslaw.com

Denise E. Carlon  
    on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Harold N. Kaplan  
    on behalf of Creditor LoanCare LLC hkaplan@rasnj.com  informationathnk@aol.com

Howard N. Sobel  
    on behalf of Creditor Vision Properties  Dandelion Plaza, LLC hsobel@sobellaw.com

Isabel C. Balboa

District/off: 0312-1 User: admin Page 2 of 2
Date Rcvd: Feb 17, 2021 Form ID: pdf903 Total Noticed: 1

| | |
|---|---|
| | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Sindi Mncina | on behalf of Creditor Ditech Financial LLC smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9