**Stuart H. West, Esquire**
**PLUESE, BECKER & SALTZMAN, LLC**
**Attorneys At Law**
**SH8474**
**20000 Horizon Way, Suite 900**
**Mt. Laurel, NJ 08054-4318**
**(856) 813-1700**
**Attorneys for the Mortgagee**
**File No. 107319B**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **In re:** | :    **CASE NO.  17-26807-ABA** |
|  | :    **CHAPTER  13** |
|    Arab H. Ullah |  |
|    Fatima A. Ullah | :    **SUBSTITUTION OF ATTORNEY** |
| **Debtors** | : |
|  | : |

The undersigned hereby consents to the substitution of Pluese, Becker & Saltzman, LLC as Attorney(s) for the Plaintiff, LoanCare LLC.

| PLUESE, BECKER & SALTZMAN, LLC | ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC |
|---|---|
| Attorneys for Plaintiff | Attorneys for Plaintiff |
| By: /s/ Stuart H. West<br>   Stuart H. West, Esquire<br>   Succeeding Attorney | By: /s/ Harold Kaplan<br>   Harold Kaplan, Esquire<br>   Withdrawing Attorney |

Dated: August 19, 2021