UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Stuart H. West, Esquire
Pluese, Becker & Saltzman, LLC
SW8474
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys' for the Mortgagee
File No. 107319B

In Re:

Arbab H. Ullah
Fatima A. Ullah

**Order Filed on October 26, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-26807-ABA

Hearing Date: October 26, 2021

Judge: Andrew B. Altenburg Jr.

## CONSENT ORDER RESOLVING MORTGAGEE'S
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: October 26, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**
Debtor: Arbab H. Ullah and Fatima A. Ullah
Case No: 17-26807-ABA
Caption of Order: Consent Order Resolving Mortgagee's Motion for Relief from the Automatic Stay

This matter having come before the Court on the Motion of the Mortgagee, Ajax Mortgage Loan Trust 2021-F, Mortgage-Backed Securities, Series 2021-F, by U.S. Bank National Association, as Indenture Trustee, by and through counsel, Pluese, Becker & Saltzman, LLC, Stuart H. West, Esquire, appearing, and Brian S. Thomas, Esquire appearing for the Debtor, having consented hereto and good cause having been shown; IT is hereby, ORDERED as follows:

1. The Parties have agreed to a Loan Modification. As such, the Mortgagee's Motion for Relief from the Automatic Stay is hereby WITHDRAWN.

2. The Debtor shall file a Motion to Approve the Loan Modification within fourteen (14) days. If approved, the Mortgagee shall then file an amended POC and the Debtor shall file a Modified Plan.

We hereby consent to the form and entry of the within Order.

| | |
|---|---|
| PLUESE, BECKER & SALTZMAN, LLC | LAW OFFICE OF BRIAN S. THOMAS |
| By: /s/ Stuart H. West | /s/ Brian S. Thomas |
| Stuart H. West, Esquire | Brian S. Thomas, Esquire |
| Attorneys for the Mortgagee | Attorney for the Debtor |