Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.:  17−26807−ABA
                    Chapter:  13
                    Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Arbab H. Ullah                                    Fatima A. Ullah
   11 Bedford Drive                                 11 Bedford Drive
   Egg Harbor Township, NJ 08234        Egg Harbor Township, NJ 08234
Social Security No.:
   xxx−xx−3946                                       xxx−xx−1577
Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 23, 2022.

Dated: February 23, 2022
JAN:

                                                                            Jeanne Naughton
                                                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-26807-ABA |
| Arbab H. Ullah | Chapter 13 |
| Fatima A. Ullah | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 23, 2022 | Form ID: plncf13 | Total Noticed: 79 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Arbab H. Ullah, Fatima A. Ullah, 11 Bedford Drive, Egg Harbor Township, NJ 08234-7907 |
| aty | + | Kenneth G. Andres, 264 Kings Highway East, Cherry Hill, NJ 08033-1907 |
| aty | + | Michael Berger, Andres & Berger, 264 Kings Highway East, Haddonfield, NJ 08033-1923 |
| cr | + | Ajax Mortgage Loan Trust 2021-F, Mortgage-Backed S, PO Box 230579, Tigard, OR 97281-0579 |
| cr | + | LoanCare LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Vision Properties, Dandelion Plaza, LLC, 1147 S. White Horse Pike, Hammonton, NJ 08037-1023 |
| 517018245 | + | ACS Education Services, 501 Bleecker Street, Utica, NY 13501-2401 |
| 517018247 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 519285501 | + | Ajax Mortgage Loan Trust, c/o Gregory Funding LLC, PO Box 230579, Tigard, OR 97281-0579 |
| 519291897 | | Ajax Mortgage Loan Trust 2021-F, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |
| 519291898 | + | Ajax Mortgage Loan Trust 2021-F, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334, Ajax Mortgage Loan Trust 2021-F c/o Gregory Funding LLC 90074-2334 |
| 517018248 | + | Atlantic County Special Civil Part, 1201 Bacharach Boulevard, Atlantic City, NJ 08401-4510 |
| 517018250 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America Mortgage, 4161 Piedmont Parkway, Greensboro, NC 27410 |
| 517018249 | + | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 517240508 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517056318 | + | Bazil Elahi, Justin R. White Esq, Testa Heck Testa & White PA, 424 W. Landis Avenue, Vineland NJ 08360-8111 |
| 517018251 | | Bazil Elahi, 1673 Neptune Terrace, Vineland, NJ 08360 |
| 518964167 | + | Brian Hunkins, Esquire, NJ Attorney General, 25 West Market Street, Trenton, NJ 08611-2148 |
| 518964168 | + | Brooke A. Bonett, Esquire, Attorney III, Geico Staff Counsel, 10,000 Lincoln Drive East, Suite 300, Marlton, NJ 08053-3105 |
| 517056618 | + | COLLEGE LOAN CORP on behalf of MHEAC, d/b/a ASA, Keith Coburn, MHEAC d/b/a ASA, 100 Cambridge Street, Suite 1600 Boston, MA 02114-2518 |
| 517018255 | + | Charles H. Jones, IV, Esquire, PC, PO Box 1074, Hammonton, NJ 08037-5074 |
| 517223159 | + | CircleBack Lending, Inc., County Bank, PO Box 1719, Portland, OR 97207-1719 |
| 517018258 | | Cornerstone/American Ed Services, PO Box 61047, Philadelphia, PA 19106 |
| 517761532 | | Discover Student Loans, PO BOX 6107, Carol Stream, IL 60197-6107 |
| 517042011 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 517324929 | + | Grassy Sprain Group, Suite C-11, #217, 9858 Clint Moore Rd, Boca Raton, FL 33496-1034 |
| 517324930 | + | Grassy Sprain Group, Suite C-11, #217, 9858 Clint Moore Rd, Boca Raton, FL 33496, Grassy Sprain Group Suite C 33496-1034 |
| 518965264 | + | Kenneth Andres, Jr., Andres & Berger, 264 Kings Highway East, Haddonfield, NJ 08033-1923 |
| 518320494 | + | LoanCare, LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 518320495 | + | LoanCare, LLC, P.O. Box 8068, Virginia Beach, VA 23450, LoanCare, LLC, P.O. Box 8068 Virginia Beach, VA 23450-8068 |
| 517018265 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan Infinity LT, 8900 Freeport Parkway, Irving, TX 75063 |
| 517029854 | | Nissan, POB 660366, Dallas, TX 75266-0366 |
| 518964170 | + | Patricia L. Sampoli, Esquire, Youngblodd Lafferty & Sampoli, PA, 1201 New Road, Suite 230, Linwood, NJ 08221-1154 |
| 517018266 | + | Quality Asset Recovery, 7 Foster Avenue, Gibbsboro, NJ 08026-1191 |
| 519285500 | | Rob Saltzman, Esquire, 20000 Horizon Way, Suite 900, Mt. Laurel, NJ 08054-4318 |
| 517227644 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Taxation, PO Box 267, Trenton NJ 08695-0267 |
| 517439122 | | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |

Case 17-26807-ABA  Doc 105  Filed 02/25/22  Entered 02/26/22 00:19:54  Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 23, 2022 | Form ID: plncf13 | Total Noticed: 79 |

| | | |
|---|---|---|
| 517088090 | + | TD Bank, 30 Montgomery Street Suite 1205, Jersey City NJ 07302-3835 |
| 517083315 | + | TD Bank, N.A., PO Box 16029, Lewiston, ME 04243-9507 |
| 517018270 | + | TD Bank/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 517018271 | + | Testa Heck et al, 424 Landis Avenue, Vineland, NJ 08360-8111 |
| 517145176 | + | Vision Properties, Dandelion Plaza, LLC, c/o Howard N. Sobel, P.A., 507 Kresson Road, Voorhees, NJ 08043-9564 |
| 517018274 | + | WF Card Service, PO Box 14517, Des Moines, IA 50306-3517 |
| 517018273 | + | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 517138951 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517135259 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518964171 | + | William Bloom, Esquire, Methfessel & Werbel, 2025 Lincoln Highway, Suite 200, Edison, NJ 08817-2840 |

TOTAL: 47

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 23 2022 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 23 2022 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517026495 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 23 2022 20:57:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 517018246 | + | Email/PDF: bncnotices@becket-lee.com | Feb 23 2022 21:03:50 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 517115099 | | Email/PDF: bncnotices@becket-lee.com | Feb 23 2022 21:04:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517018253 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Feb 23 2022 21:04:04 | BMW Finanacial, PO Box 3608, Dublin, OH 43016-0306 |
| 517018252 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Feb 23 2022 20:57:00 | Berks Credit and Collection, PO Box 329, Temple, PA 19560-0329 |
| 517018254 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 23 2022 21:03:02 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517203329 | + | Email/Text: bankruptcy@cavps.com | Feb 23 2022 20:57:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517018257 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 23 2022 21:04:06 | Citi Cards, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 517018259 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 23 2022 21:03:09 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517018260 | | Email/Text: mrdiscen@discover.com | Feb 23 2022 20:56:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 517018263 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 23 2022 21:04:06 | Macys, PO Box 8218, Mason, OH 45040 |
| 517199845 | | Email/Text: bnc-quantum@quantum3group.com | Feb 23 2022 20:57:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517028567 | | Email/Text: mrdiscen@discover.com | Feb 23 2022 20:56:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517071258 | + | Email/Text: DSLBKYPRO@discover.com | Feb 23 2022 20:57:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 517018261 | + | Email/Text: DSLBKYPRO@discover.com | Feb 23 2022 20:57:00 | Discover Student Loans, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 517545089 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 23 2022 20:57:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517545090 | | Email/Text: ECMCBKNotices@ecmc.org | | |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 23, 2022 | Form ID: plncf13 | Total Noticed: 79 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 23 2022 20:57:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517018256 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 23 2022 21:02:57 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 517235729 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2022 21:03:20 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517018264 | + | Email/Text: bankruptcy@nbtbank.com | Feb 23 2022 20:57:00 | NBT Bank, 20 Mohawk Street, Canajoharie, NY 13317-1144 |
| 517181420 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 23 2022 21:04:05 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517099502 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 23 2022 21:03:25 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 517181422 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 23 2022 21:04:04 | Portfolio Recovery Associates, LLC, c/o RCS Direct Marketing/Orchard Bank, POB 41067, Norfolk VA 23541 |
| 517099443 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 23 2022 21:03:51 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 517018267 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2022 21:03:47 | Syncb/Amazon, PO Box 965013, Orlando, FL 32896-5013 |
| 517018268 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2022 21:03:47 | Syncb/Lowe's, PO Box 965005, Orlando, FL 32896-5005 |
| 517020202 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2022 21:04:04 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517018269 | | Email/Text: bankruptcy@td.com | Feb 23 2022 20:57:00 | TD Bank, PO Box 84037, Columbus, GA 31908 |
| 517264110 | + | Email/Text: bncmail@w-legal.com | Feb 23 2022 20:57:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517018272 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 23 2022 21:03:28 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| trfee | *+ | Grassy Sprain Group, Suite C-11, #217, 9858 Clint Moore Rd., Boca Raton, FL 33496-1034 |
| 518964169 | *+ | Brooke A. Bonett, Esquire, Attorney III, Geico Staff Counsel, 10,000 Lincoln Drive East, Suite 300, Marlton, NJ 08053-3105 |
| 517761732 | * | Discover Student Loans, PO BOX 6107, Carol Stream, IL 60197-6107 |
| 517445858 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Department of Taxation, PO Box 267, Trenton NJ 08695-0267 |
| 517018262 | ##+ | Ditech Financial, LLC, PO Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2022    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian S. Thomas | on behalf of Debtor Arbab H. Ullah brian@brianthomaslaw.com |
| Brian S. Thomas | on behalf of Joint Debtor Fatima A. Ullah brian@brianthomaslaw.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Howard N. Sobel | on behalf of Creditor Vision Properties Dandelion Plaza, LLC hsobel@sobellaw.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Robert P. Saltzman | on behalf of Creditor Ajax Mortgage Loan Trust 2021-F Mortgage-Backed Securities, Series 2021-F, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC dnj@pbslaw.org |
| Sindi Mncina | on behalf of Creditor Ditech Financial LLC smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor LoanCare LLC smncina@raslg.com |
| Stuart H. West | on behalf of Creditor Ajax Mortgage Loan Trust 2021-F Mortgage-Backed Securities, Series 2021-F, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC swest@pbslaw.org |
| Stuart H. West | on behalf of Creditor LoanCare LLC swest@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12