**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Arbab H. Ullah<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3946<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Fatima A. Ullah<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1577<br>EIN  __–_____ |

United States Bankruptcy Court    District of New Jersey

Case number:  17–26807–ABA

# Order of Discharge                                                                                             12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Arbab H. Ullah                                   Fatima A. Ullah

    <u>3/14/23</u>                              **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                              **Chapter 13 Discharge**                              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-26807-ABA |
| Arbab H. Ullah | Chapter 13 |
| Fatima A. Ullah | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Mar 14, 2023 | Form ID: 3180W | Total Noticed: 80 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Arbab H. Ullah, Fatima A. Ullah, 11 Bedford Drive, Egg Harbor Township, NJ 08234-7907 |
| aty | + | Kenneth G. Andres, 264 Kings Highway East, Cherry Hill, NJ 08033-1907 |
| aty | + | Michael Berger, Andres & Berger, 264 Kings Highway East, Haddonfield, NJ 08033-1923 |
| cr | + | Ajax Mortgage Loan Trust 2021-F, Mortgage-Backed S, PO Box 230579, Tigard, OR 97281-0579 |
| cr | + | Vision Properties, Dandelion Plaza, LLC, 1147 S. White Horse Pike, Hammonton, NJ 08037-1023 |
| 517018245 | + | ACS Education Services, 501 Bleecker Street, Utica, NY 13501-2401 |
| 519285501 | + | Ajax Mortgage Loan Trust, c/o Gregory Funding LLC, PO Box 230579, Tigard, OR 97281-0579 |
| 519291897 | | Ajax Mortgage Loan Trust 2021-F, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |
| 519291898 | + | Ajax Mortgage Loan Trust 2021-F, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334, Ajax Mortgage Loan Trust 2021-F c/o Gregory Funding LLC 90074-2334 |
| 517018248 | + | Atlantic County Special Civil Part, 1201 Bacharach Boulevard, Atlantic City, NJ 08401-4510 |
| 517056318 | + | Bazil Elahi, Justin R. White Esq, Testa Heck Testa & White PA, 424 W. Landis Avenue, Vineland NJ 08360-8111 |
| 517018251 | | Bazil Elahi, 1673 Neptune Terrace, Vineland, NJ 08360 |
| 518964167 | + | Brian Hunkins, Esquire, NJ Attorney General, 25 West Market Street, Trenton, NJ 08611-2148 |
| 518964168 | + | Brooke A. Bonett, Esquire, Attorney III, Geico Staff Counsel, 10,000 Lincoln Drive East, Suite 300, Marlton, NJ 08053-3105 |
| 517056618 | + | COLLEGE LOAN CORP on behalf of MHEAC, d/b/a ASA, Keith Coburn, MHEAC d/b/a ASA, 100 Cambridge Street, Suite 1600 Boston, MA 02114-2518 |
| 517018255 | + | Charles H. Jones, IV, Esquire, PC, PO Box 1074, Hammonton, NJ 08037-5074 |
| 517223159 | + | CircleBack Lending, Inc., County Bank, PO Box 1719, Portland, OR 97207-1719 |
| 517018258 | | Cornerstone/American Ed Services, PO Box 61047, Philadelphia, PA 19106 |
| 517761532 | | Discover Student Loans, PO BOX 6107, Carol Stream, IL 60197-6107 |
| 517042011 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 517018262 | | Ditech Financial, LLC, PO Box 6172, Rapid City, SD 57709 |
| 517324929 | + | Grassy Sprain Group, Suite C-11, #217, 9858 Clint Moore Rd, Boca Raton, FL 33496-1034 |
| 517324930 | + | Grassy Sprain Group, Suite C-11, #217, 9858 Clint Moore Rd, Boca Raton, FL 33496, Grassy Sprain Group Suite C 33496-1034 |
| 518965264 | + | Kenneth Andres, Jr., Andres & Berger, 264 Kings Highway East, Haddonfield, NJ 08033-1923 |
| 517018265 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan Infinity LT, 8900 Freeport Parkway, Irving, TX 75063 |
| 518964170 | + | Patricia L. Sampoli, Esquire, Youngblodd Lafferty & Sampoli, PA, 1201 New Road, Suite 230, Linwood, NJ 08221-1154 |
| 517018266 | + | Quality Asset Recovery, 7 Foster Avenue, Gibbsboro, NJ 08026-1191 |
| 519285500 | | Rob Saltzman, Esquire, 20000 Horizon Way, Suite 900, Mt. Laurel, NJ 08054-4318 |
| 517227644 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Taxation, PO Box 267, Trenton NJ 08695-0267 |
| 517439122 | | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517088090 | + | TD Bank, 30 Montgomery Street Suite 1205, Jersey City NJ 07302-3835 |
| 517083315 | + | TD Bank, N.A., PO Box 16029, Lewiston, ME 04243-9507 |
| 517018271 | + | Testa Heck et al, 424 Landis Avenue, Vineland, NJ 08360-8111 |
| 517145176 | + | Vision Properties, Dandelion Plaza, LLC, c/o Howard N. Sobel, P.A., 507 Kresson Road, Voorhees, NJ 08043-9564 |
| 518964171 | + | William Bloom, Esquire, Methfessel & Werbel, 2025 Lincoln Highway, Suite 200, Edison, NJ 08817-2840 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 14 2023 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| | | | Mar 14 2023 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 14 2023 20:36:00 | LoanCare LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517018247 | | EDI: WFFC.COM | Mar 15 2023 00:25:00 | American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 517026495 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 14 2023 20:37:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 517018246 | + | Email/PDF: bncnotices@becket-lee.com | Mar 14 2023 20:51:28 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 517115099 | | Email/PDF: bncnotices@becket-lee.com | Mar 14 2023 20:51:26 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517018250 | | EDI: BANKAMER.COM | Mar 15 2023 00:25:00 | Bank of America Mortgage, 4161 Piedmont Parkway, Greensboro, NC 27410 |
| 517018253 | + | EDI: BMW.COM | Mar 15 2023 00:25:00 | BMW Finanacial, PO Box 3608, Dublin, OH 43016-0306 |
| 517018249 | + | EDI: BANKAMER.COM | Mar 15 2023 00:25:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 517240508 | + | EDI: BANKAMER2.COM | Mar 15 2023 00:25:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517018252 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Mar 14 2023 20:37:00 | Berks Credit and Collection, PO Box 329, Temple, PA 19560-0329 |
| 517018254 | + | EDI: CAPITALONE.COM | Mar 15 2023 00:25:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517203329 | + | Email/Text: bankruptcy@cavps.com | Mar 14 2023 20:37:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517018257 | + | EDI: CITICORP.COM | Mar 15 2023 00:25:00 | Citi Cards, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 517018259 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 14 2023 20:51:09 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517018260 | | EDI: DISCOVER.COM | Mar 15 2023 00:25:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 517018263 | + | EDI: CITICORP.COM | Mar 15 2023 00:25:00 | Macys, PO Box 8218, Mason, OH 45040 |
| 517199845 | | EDI: Q3G.COM | Mar 15 2023 00:25:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517028567 | | EDI: DISCOVER.COM | Mar 15 2023 00:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517071258 | + | EDI: DISCOVERSL.COM | Mar 15 2023 00:25:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 517018261 | + | EDI: DISCOVERSL.COM | Mar 15 2023 00:25:00 | Discover Student Loans, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 517545089 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 14 2023 20:37:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517545090 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 14 2023 20:37:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517324929 | + | Email/Text: tg@purchasedebt.com | Mar 14 2023 20:36:00 | Grassy Sprain Group, Suite C-11, #217, 9858 Clint |

Case 17-26807-ABA    Doc 112    Filed 03/16/23    Entered 03/17/23 00:13:30    Desc
Imaged Certificate of Notice    Page 5 of 7

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Mar 14, 2023 | Form ID: 3180W | Total Noticed: 80 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | | Moore Rd, Boca Raton, FL 33496-1034 |
| 517324930 | + Email/Text: tg@purchasedebt.com | Mar 14 2023 20:36:00 | Grassy Sprain Group, Suite C-11, #217, 9858 Clint Moore Rd, Boca Raton, FL 33496, Grassy Sprain Group, Suite C 33496-1034 |
| 517018256 | EDI: JPMORGANCHASE | Mar 15 2023 00:25:00 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 517235729 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2023 20:51:26 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518320494 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 14 2023 20:36:00 | LoanCare, LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 518320495 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 14 2023 20:36:00 | LoanCare, LLC, P.O. Box 8068, Virginia Beach, VA 23450, LoanCare, LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 517018264 | + Email/Text: bankruptcy@nbtbank.com | Mar 14 2023 20:37:00 | NBT Bank, 20 Mohawk Street, Canajoharie, NY 13317-1144 |
| 517029854 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Mar 14 2023 20:36:00 | Nissan, POB 660366, Dallas, TX 75266-0366 |
| 517181420 | EDI: PRA.COM | Mar 15 2023 00:25:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517099502 | EDI: PRA.COM | Mar 15 2023 00:25:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 517181422 | EDI: PRA.COM | Mar 15 2023 00:25:00 | Portfolio Recovery Associates, LLC, c/o RCS Direct Marketing/Orchard Bank, POB 41067, Norfolk VA 23541 |
| 517099443 | EDI: PRA.COM | Mar 15 2023 00:25:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 517018267 | + EDI: RMSC.COM | Mar 15 2023 00:25:00 | Syncb/Amazon, PO Box 965013, Orlando, FL 32896-5013 |
| 517018268 | + EDI: RMSC.COM | Mar 15 2023 00:25:00 | Syncb/Lowe's, PO Box 965005, Orlando, FL 32896-5005 |
| 517020202 | + EDI: RMSC.COM | Mar 15 2023 00:25:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517018269 | EDI: TDBANKNORTH.COM | Mar 15 2023 00:25:00 | TD Bank, PO Box 84037, Columbus, GA 31908 |
| 517264110 | + Email/Text: bncmail@w-legal.com | Mar 14 2023 20:37:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517018270 | + EDI: WTRRNBANK.COM | Mar 15 2023 00:25:00 | TD Bank/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 517018272 | + EDI: CITICORP.COM | Mar 15 2023 00:25:00 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517018274 | + EDI: WFFC2 | Mar 15 2023 00:25:00 | WF Card Service, PO Box 14517, Des Moines, IA 50306-3517 |
| 517018273 | + EDI: WFFC2 | Mar 15 2023 00:25:00 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 517135259 | EDI: WFFC2 | Mar 15 2023 00:25:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517138951 | EDI: WFFC2 | Mar 15 2023 00:25:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 47

District/off: 0312-1 | User: admin | Page 4 of 5
Date Rcvd: Mar 14, 2023 | Form ID: 3180W | Total Noticed: 80

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| trfee | *+ | Grassy Sprain Group, Suite C-11, #217, 9858 Clint Moore Rd., Boca Raton, FL 33496-1034 |
| 518964169 | *+ | Brooke A. Bonett, Esquire, Attorney III, Geico Staff Counsel, 10,000 Lincoln Drive East, Suite 300, Marlton, NJ 08053-3105 |
| 517761732 | * | Discover Student Loans, PO BOX 6107, Carol Stream, IL 60197-6107 |
| 517445858 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Department of Taxation, PO Box 267, Trenton NJ 08695-0267 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 16, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian S. Thomas | on behalf of Debtor Arbab H. Ullah brian@brianthomaslaw.com |
| Brian S. Thomas | on behalf of Joint Debtor Fatima A. Ullah brian@brianthomaslaw.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Howard N. Sobel | on behalf of Creditor Vision Properties  Dandelion Plaza, LLC hsobel@sobellaw.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Robert P. Saltzman | on behalf of Creditor Ajax Mortgage Loan Trust 2021-F  Mortgage-Backed Securities, Series 2021-F, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC dnj@pbslaw.org |
| Sindi Mncina | on behalf of Creditor Ditech Financial LLC smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor LoanCare LLC smncina@raslg.com |
| Stuart H. West | on behalf of Creditor Ajax Mortgage Loan Trust 2021-F  Mortgage-Backed Securities, Series 2021-F, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC swest@pbslaw.org |
| Stuart H. West | on behalf of Creditor LoanCare LLC swest@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1      User: admin      Page 5 of 5

Date Rcvd: Mar 14, 2023      Form ID: 3180W      Total Noticed: 80

TOTAL: 12